# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STEPHEN J. ROSEN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GUARDSMARK, LLC, IRA A. LIPMAN,  )<br>ROBERT W. OVERMAN, and RAMONA G.  )<br>MARTIN, individually,  )<br>  )<br>  Defendants.  )  | No. 2:13-cv-02369<br><br>JUDGE ANDERSON<br>MAGISTRATE JUDGE PHAM<br><br>JURY DEMAND |

## AGREED ORDER OF DISMISSAL

It appearing to the Court that the Plaintiff, Stephen J. Rosen, and Defendants, Guardsmark, LLC, Ira A. Lipman, Robert W. Overman, and Ramona G. Martin have agreed that all claims against Defendants shall be dismissed with prejudice.

It is hereby **ORDERED** that all of Plaintiff's claims against Defendants shall be dismissed with prejudice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 14, 2014

APPROVED FOR ENTRY:

/s/ James K. Simms, IV
James K. Simms, IV (#21688)
Jennifer M. Lankford (#29306)
Thompson Burton, PLLC
Seven Corporate Centre
840 Crescent Centre Drive
Suite 140
Franklin, TN 37067
(615) 465-6005
jk@thompsonburton.com
jennifer@thompsonburton.com


/s/ Robert S. Lynch
Robert S. Lynch
Stark & Keenan, P.A.
30 Office Street
Bel Air, MD 21014
(410) 838-5522
rlynch@starkandkeenan.com

*Attorneys for Plaintiff,*
*Stephen J. Rosen*


/s/ Edward R. Young/ by JKS w/ permission
Leo Bearman (#8363)
Edward R. Young (#8373)
Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.
First Tennessee Building, Suite 2000
165 Madison Avenue
Memphis, Tennessee 38103
(901) 526-2000
lbearman@bakerdonelson.com
eyoung@bakerdonelson.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on this 10th day of October, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

Leo Bearman, Esq.
Edward R. Young, Esq.
Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

                                          /s/ James K. Simms, IV
                                          James K. Simms, IV