UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

STEPHEN J. ROSEN                          JUDGMENT IN A CIVIL CASE

v.

GUARDSMARK, LLC, IRA A. LIPMAN,           CASE NO: 13-2369-A
ROBERT W. OVERMAN, and RAMONA G.
MARTIN, individually

---

**DECISION BY COURT.**  This action came to consideration before the
Court.  The issues have been considered and a decision has been
rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Agreed
Order Of Dismissal entered on October 14, 2014, this cause is
hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 10/14/2014                              THOMAS M. GOULD
                                          Clerk of Court


                                              s/Terry L. Haley
                                          (By)  Deputy Clerk